# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

| | |
|---|---|
| **DEBTOR INFORMATION:**<br>Larry Carnell Roberts | **BANKRUPTCY NO.**  2:10–bk–17454–VK<br><br>**CHAPTER**  13 |

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–7597
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 6/23/10

**Address:**
3708 Westside Ave
Los Angeles, CA 90018

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Dated: June 23, 2010

(Form od13a VAN–150) Rev. 03/09

**18 / LP3**