**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Larry Carnell Roberts

**BANKRUPTCY NO.** 2:10–bk–17454–VK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7597
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/23/10

**Address:**
3708 Westside Ave
Los Angeles, CA 90018

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 23, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**18 / LP3**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: lparedesC              Page 1 of 1                  Date Rcvd: Jun 23, 2010
Case: 10-17454                 Form ID: van150              Total Noticed: 18

The following entities were noticed by first class mail on Jun 25, 2010.
db          +Larry Carnell Roberts,    3708 Westside Ave,    Los Angeles, CA 90018-4141
tr          +Nancy K Curry,    606 South Olive Street, Suite 950,    Los Angeles, CA 90014-1668
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust         +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
26250909    +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
25796127     AMERICAN EDUCATION SERVICE,    PO BOX 2461,    HARRISBURG PA 17105-2461
25796128     DEPARTMENT OF THE TREASURY,    INTERNAL REVENUE SERVICE,    ACS SUPPORT,    PO BOX 2417,
              FRESNO CA 93779-4017
25796125    +DOWNEY SAVINGS AND LOAN ASSOC,    3501 JAMBOREE ROAD,    PO BOX 6060,    NEWPORT BEACH CA 92658-6060
25796126    +DSL SERVICE COMPANY AS TRUSTEE,    FCI LENDER SERVICES INC AS AGENT,    8180 EAST KAISER BLVD,
              ANAHEIM HILLS CA 92808-2277
26108587    +Franchise Tax Board,    Bankruptcy Section MS A340,    Po Box 2952,    Sacramento, CA 95812-2952
25796129     STATE OF CALIFORNIA,    FRANCHISE TAX BOARD,    PO BOX 942857,    SACRAMENTO CA 94257-0511
26128428    +U.S. Bank, N.A., et al,    3121 Michelson Drive, Suite 500,    Irvine, CA 92612-7673
25796124    +US BANK,    ATTN LOAN MODIFICATION DEPT,    3121 MICHELSON,    IRVINE CA 92612-7672
The following entities were noticed by electronic transmission on Jun 24, 2010.
aty         +E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2010 02:38:05     Ramesh Singh,
              Recovery Management Systems Corp,    25 S E 2nd Ave Ste 1120,    Miami, FL 33131-1605
cr           E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2010 02:38:05
              Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
25906303    +E-mail/PDF: rmscedi@recoverycorp.com Jun 24 2010 02:38:05
              Recovery Management Systems Corporation,    For Capital Recovery III LLC,
              As Assignee of HSBC Bank Nevada National,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2010**                     **Signature:**    *Joseph Speetjens*